**FILED**

12/09/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0545



## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 20-0545

IN RE THE MARRIAGE OF:

AMANDA ANN JOHNSON,

        Petitioner and Appellee,
   and                         **ORDER OF MEDIATOR APPOINTMENT**

TYLER JAMES JOHNSON,

        Respondent and Appellant.

     This appeal being subject to M.R.App.P. 7, and the parties having failed to jointly and timely select a mediator under M.R.App.P., 7(4),(c),

     IT IS ORDERED THAT **Cori M. Cook, P.O Box 20741, Billings, MT 59104, (406)647-3715, cori@corimcook.com,** whose name appears next on the list of attorneys desiring appointment as mediators for Domestic Relations appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

     IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

     A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

     DATED this December 9, 2020.

_____
Bowen Greenwood, Clerk of the Supreme Court

c:     Christopher J. King, P.O. Box 552, Worland, Wy 82401, (307)347-9801,
        chris@wyoattorney.com
     James Robert Graves, 2722 3rd Avenue, N., Suite 301, Billings, MT 59101,
        (406)259-7795, jim@grglaw.com
    Cori M. Cook, see address above